### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01177-LTB-NYW

**LAURA TYLER**, Personal Representative of the Estate of Dakota Tyler McGrath,

    Plaintiff,

v.

**CITY OF FORT COLLINS**,

    Defendant.

### JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Laura Tyler, as Personal Representative of the Estate of Dakota McGrath, and Defendant City of Fort Collins, by and through their undersigned attorneys, and under Fed.R.Civ.P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear its own fees and costs.

Respectfully submitted this 19th day of October, 2018.

| | |
|---|---|
| THE VIORST LAW OFFICES, P.C. | HALL & EVANS, L.L.C. |
| *[Original signature on file at Viorst Law Offices, P.C.]* | *[Original signature on file at Hall & Evans, L.L.C.]* |
| *s/ Anthony Viorst* | *s/ Matthew J. Hegarty* |
| Anthony Viorst, #18508 | Matthew J. Hegarty, Esq. |
| Viorst Law Offices, PC | Thomas J. Lyons, Esq. |
| 950 South Cherry Street, Suite 300 | 1001 17th Street, Suite 300 |
| Denver, CO 80246 | Denver, CO 80202 |
| Telephone: (303) 759-3808 | Telephone: (303) 628-3300 |
| E-mail: tony@hssspc.com | Email: lyonst@hallevans.com |
| *Attorney for Plaintiff* | hegartym@hallevans.com |
| | *Attorneys for The City of Fort Collins* |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 19th day of October, 2018, I electronically filed the foregoing **JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will notify the following email addresses of such filing:

Thomas J. Lyons, Esq.
Matthew J. Hegarty, Esq.
HALL & EVANS, L.L.C.
lyonst@hallevans.com
hegartym@hallevans.com
*Attorneys for Defendant*

*[Original signature on file at Viorst Law Offices, P.C.].*

*s/ Michelle Spadavecchia*
Legal Assistant

2