IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-01177-LTB-NYW

**DAKOTA TYLER MCGRATH**,

    Plaintiff,

v.

**FORT COLLINS POLICE SERVICES OFFICER NICK RODGERS**, in his individual capacity,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

    THIS COURT, having reviewed the Stipulated Motion for Dismissal with Prejudice filed, and being otherwise advised in the premises,

    HEREBY ORDERS that this case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

    DONE this _____ day of _____, 2018.

                               FOR THE COURT:

                               Judge / Magistrate Judge